FILED
CLERK, U.S. DISTRICT COURT

MAY 28 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: 5:14-MJ-219
            Plaintiff,        )
                              ) ORDER OF DETENTION PENDING
        v.                    ) FURTHER REVOCATION
                              ) PROCEEDINGS
Walter Ajiatas-               ) (FED. R. CRIM. P. 32.1(a)(6); 18
Mazariegos Defendant.         ) U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Northern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1

1      and/ or

2 B. (X) The defendant has not met his/her burden of establishing by clear and
3      convincing evidence that he/she is not likely to pose a danger to the
4      safety of any other person or the community if released under 18 U.S.C.
5      § 3142(b) or (c).  This finding is based on the following:
6      (X)    information in the Pretrial Services Report and Recommendation
7      (X)    information in the violation petition and report(s)
8      (X)    the defendant's nonobjection to detention at this time
9      ( )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

13

14 Dated: May 28, 2014

15                                       SHERI PYM
                                          United States Magistrate Judge